# United States District Court
## Southern District of Georgia

Juan Carlos Pena

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-3

B. Avant Edenfield

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 22, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case with prejudice. This action stands closed.

| April 22, 2015 | Scott L. Poff |
| --- | --- |
| Date | Clerk |
| | (By) Deputy Clerk |